# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TINA MONROE, an individual;** | |
| **Plaintiff,** | **8:22CV263** |
| vs. | **ORDER** |
| **STATE OF NEBRASKA; and NEBRASKA DEPARTMENT OF VETERANS AFFAIRS;** | |
| **Defendants.** | |

This matter is before the Court on the motion to withdraw (Filing No. 11) filed by Julie Jorgensen and Christopher J. Tjaden of the law firm of Evans & Dixon, LLC. Plaintiff's counsel seek leave to withdraw from their representation of the plaintiff due to a breakdown in communications. After review,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 11) filed by Julie Jorgensen and Christopher J. Tjaden of the law firm of Evans & Dixon, LLC is granted.

2. Plaintiff's counsel shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Plaintiff's counsel will not be relieved of their applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on her behalf. Plaintiff is responsible for keeping the Court informed of her current contact information while she is proceeding *pro se*.

4. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and this district's Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Julie Jorgensen and Christopher J. Tjaden's appearances as counsel of record for Plaintiff will be terminated, and the Clerk of Court shall terminate electronic notice to them in this case.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time (Filing No. 12) is granted. Defendants shall have an extension of time to **September 26, 2022**, to file an answer or other responsive pleading to the Complaint. If Defendants file a Rule 12(b)(6) motion, Plaintiff is granted an extension of time to **November 28, 2022**, to file a response to the motion.

Dated this 12th day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge