IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TINA MONROE,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA and NEBRASKA DEPARTMENT OF VETERANS AFFAIRS,<br><br>        Defendants. | 8:22-CV-263<br><br>ORDER |

IT IS ORDERED that pursuant to NECivR 7.1(b)(1)(B), the plaintiff shall respond to the defendants' motion to dismiss (filing 35) on or before March 4, 2024. Absent compliance with this order, the plaintiff's complaint may be dismissed without further notice.

Dated this 9th day of February, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge